UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Case Number: 18-24026-LMI

JOSE G ANTON
IRIS ALICIA ANTON
    Debtor
_____/

NOTICE OF WITHDRAWAL OF MOTION TO DISMISS (80)
AND NOTICE OF HEARING

Nancy K Neidich, Standing Chapter 13 Trustee ("Trustee"), files this Notice of withdrawal of her Motion to Dismiss (30) as the Debtor failed to be current with plan payments and the Trustee submitted a request for dismissal .

RESPECTFULLY SUBMITTED:

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/_____
Amy E. Carrington, Esq.
*Senior Staff Attorney*
FLORIDA BAR NO: 101877

COPY TO
Haven Del Pino, Esq